IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-406 |
| | § | |
| MICHAEL D. KIM | § | |

**O R D E R**

The court held a hearing on February 20, 2008 on defendant's opposed motion for continuance, (Docket Entry No. 19). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Interim pretrial conference is set for: | **June 23, 2008, at 8:30 a.m.** |
| The pretrial conference is reset to: | **August 11, 2008, at 8:45 a.m.** |
| The jury trial and selection are reset to: | **August 18, 2008, at 9:00 a.m.** |

SIGNED on February 21, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge