IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL  NO. H-07-406 |
| MICHAEL D. KIM | § | |

**O R D E R**

Counsel for defendant Kim filed an unopposed motion to withdraw, (Docket Entry No. 68).  Kent Schaffer filed a motion to substitute as counsel of record, (Docket Entry No. 76).  The motions are GRANTED.  Kent Schaffer will replace Richard Kuniansky as counsel of record for defendant Michael Kim.  The counsel determination hearing scheduled for October 29, 2008 is canceled.  The sentencing remains scheduled for February 12, 2009, at 9:00 a.m.

SIGNED on October 22, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge