IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-406 |
| | § | |
| MICHAEL D. KIM | § | |

## ORDER

The defendant has filed a motion for permission to have a psychological evaluation performed. (Docket Entry No. 85). The motion is not filed under 18 U.S.C. § 4244(b). Rather, the defendant simply asks permission to have a clinical psychologist examine him in the detention facility where he has been incarcerated since his bond was revoked, which preceded his conviction.

The motion to have a psychological evaluation is granted. Dr. Jerome Brown and a clinical assistant may enter the Joe Corley Detention Facility to perform a psychological and neuropsychological evaluation of the defendant. The examination is to take place in an open visitation room or office, with appropriate steps taken for security.

SIGNED on November 21, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge