**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-07-406 |
| | § | |
| | § | |
| | § | |
| MICHAEL D. KIM | § | |

## O R D E R

The defendant filed an unopposed motion for extension of time to file objections to the PSR and continue the sentencing hearing, (Docket Entry No. 105). The motion is granted. The objection-filing deadline is extended to May 15, 2009. The sentencing is reset to **May 27, 2009, at 9:30 a.m.**

SIGNED on April 9, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge