IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-406 |
| | § | |
| MICHAEL D. KIM | § | |

**O R D E R**

The defendant filed an unopposed motion for extension of time to file objections to the PSR and continue the sentencing hearing, (Docket Entry No. 113). The motion is granted. The objection-filing deadline is extended to May 29, 2009. The sentencing is reset to **June 23, 2009, at 10:00 a.m.**

SIGNED on May 15, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge