# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-406 |
| | § | |
| MICHAEL D. KIM | § | |

## ORDER

Counsel for the Defendant, Michael D. Kim, moved for an order requiring the United States Marshal's Service and/or of the G.E.O. Group at the Joe Corley Detention Facility, to produce any and all of Defendant's medical records, including, but not limited to any MRI report to, Counsel for Defendant, Kent A. Schaffer and/or any associate from Kent Schaffer's Office.  No opposition was received.  The motion is GRANTED.

SIGNED on September 24, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge