**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-07-406 |
| | § | |
| | § | |
| MICHAEL D. KIM | § | |

**ORDER**

The Government filed a Motion to Compel Disclosure of the Supplemental Psychological Evaluation of Michael D. Kim.  No opposition was filed.  The motion is GRANTED.  Dr. Jerome Brown's Supplemental Psychological Evaluation is to be produced to the Government.

SIGNED on September 24, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge