IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-406 |
| | § | H-09-666 |
| MICHAEL D. KIM | § | |

## ORDER

The defendant, Michael D. Kim filed a motion for an extension of time to reply to the government's motion to dismiss. The motion is granted. The defendant must respond by **January 31, 2014.**

SIGNED on January 16, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge